Commonwealth *v.* DeGeorge, Appellant.

Argued September 28, 1953. Before RHODES, P. J., HIRT, RENO, ROSS, GUNTHER and WRIGHT, JJ.

*John P. Wanner,* for appellant.

*Edward D. Trexler, Jr.,* Assistant District Attorney, with him *Henry Koch,* District Attorney, for appellee.

PER CURIAM, February 5, 1954:

This is an appeal from the judgment of sentence entered after a jury verdict of guilty on a charge of fraudulent conversion. No stenographic record of the trial was made. However, from an examination of the briefs and of the opinion of the court below, we are convinced that in the interest of justice the case should be retried. Further, we suggest that at the retrial of the case, a stenographic record be made of the proceeding.

Judgment reversed and a new trial awarded.